**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-1902-AP

CROSS MOUNTAIN RANCH LIMITED PARTNERSHIP, a California Corporation,

       Plaintiff,

v.

TOM VILSACK, in his official capacity as Secretary of the United States Department of
Agriculture,
THE UNITED STATES DEPARTMENT OF AGRICULTURE,
TOM TIDWELL, in his official capacity as Chief of the United States Forest Service,
THE UNITED STATES FOREST SERVICE, an agency of the United States Department
of Agriculture,
MARY H. PETERSON, in her official capacity as Forest Supervisor of the Routt National
Forest, and
OSCAR P. MARTINEZ, in his official capacity as District Ranger of the Yampa Ranger
District of the Routt National Forest,

       Defendants.

---

## JOINT CASE MANAGEMENT PLAN

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**:

| For Plaintiff: | For Defendant: |
|---|---|
| Brandon L. Jensen | Jamie L. Mendelson |
| Budd-Falen Law Offices, LLC | Assistant United States Attorney |
| 300 East 18th Street | 1225 Seventeenth Street, Suite 700 |
| Post Office Box 346 | Denver, Colorado 80202 |
| Cheyenne, Wyoming 82003-0346 | (303) 454-0190 Telephone |
| (307) 632-5105 Telephone | (303) 454-0404 Facsimile |
| (307) 637-3891 Facsimile | jamie.mendelson@usdoj.gov |
| brandon@buddfalen.com | |

2.    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**:

The Court has jurisdiction over both the parties and the subject matter of this action, pursuant to 28 U.S.C. § 1331, because this action arises under the laws of the United States. Jurisdiction is also proper in this Court pursuant to 28 U.S.C. § 1346(a)(2), since the Defendant in this action is the United States of America. In accordance with 28 U.S.C. §§ 1391(e) and 1402(a)(1), venue is properly in the United States District Court for the District of Colorado.

3.    **DATES OF FILING OF RELEVANT PLEADINGS**:

Date Complaint was filed:  August 11, 2009.

Date Complaint was served on U.S. Attorney's Office:  August 13, 2009.

Date Answer was filed:     October 13, 2009.

Dated Administrative Record was filed:  The Administrative Record has not yet been filed. The parties anticipate that the Administrative Record shall be filed no later than December 11, 2009.

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**:

The Administrative Record has not yet been filed. The parties shall confer as appropriate to resolve any disagreements concerning the adequacy of the Administrative Record.

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**:

Pursuant to Fed.R.Civ.P. 26(a)(1)(E)(i), an action for review on an administrative record is exempt from initial disclosures under Fed.R.Civ.P. 26(a)(1). Consequently, no

initial disclosures have been or will be made by either party in this case. Similarly, since this matter is an action for review on an administrative record, no formal or informal discovery shall occur in this matter, including interviews with potential witnesses, exchanges of documents, or depositions. In addition, the parties do not anticipate that their claims and defenses will involve extensive electronically stored information, or that a substantial amount of disclosure or discovery will involve information or records maintained in electronic form.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**:

This case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**:

There are no other matters that either party believes should be brought to the attention of the Court.

**8.     PROPOSED BRIEFING SCHEDULE**:

The parties have agreed upon the following schedule:

(1) The Administrative Record shall be filed no later than:  **December 11, 2009**

(2) The Plaintiffs' Opening Brief shall be filed no later than:  **January 25, 2010**

(3) The Defendants' Response Brief shall be filed no later than: **March 12, 2010**

(4) The Plaintiffs' Reply Brief shall be filed no later than:       **March 29, 2010**

The parties are in agreement that, in accordance with Olenhouse v. Commodity Credit Corp., 42 F.3d 1560, 1580 (10th Cir. 1994), each of the briefs, including page length, shall comply with the Federal Rules of Appellate Procedure.

-3-

9. **STATEMENTS REGARDING ORAL ARGUMENT:**

   Plaintiff's Statement: The Plaintiff desires oral argument in this matter. Oral argument is appropriate due to the complexity of the factual background of this matter and the stringent burden of proof placed upon the Plaintiff in order to set aside agency action. Oral argument will assist the Court in understanding the parties' numerous factual and legal arguments in this matter.

   Defendants' Statement: Defendants take no position on the need for oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION OF MAGISTRATE JUDGE:**

    All parties have not consented to the exercise of jurisdiction of a magistrate judge.

11. **OTHER MATTERS:**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCIVR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN:**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 20 day of October, 2009.

-4-

BY THE COURT:

_JOHN L. KANE_
U.S. DISTRICT COURT JUDGE

APPROVED:

DAVID M. GAOUETTE
United States Attorney

_s/ Brandon L. Jensen_
Brandon L. Jensen
Budd-Falen Law Offices, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
brandon@buddfalen.com

_Attorney for Plaintiff_

_s/ Jamie L. Mendelson_
Jamie L. Mendelson
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0190 Telephone
(303) 454-0404 Facsimile
jamie.mendelson@usdoj.gov

_Attorney for Defendants_

-5-