# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-1902-AP

CROSS MOUNTAIN RANCH LIMITED PARTNERSHIP, a California Corporation,

    Plaintiff,

v.

TOM VILSACK, in his official capacity as Secretary of the United States Department of Agriculture,
THE UNITED STATES DEPARTMENT OF AGRICULTURE,
TOM TIDWELL, in his official capacity as Chief of the United States Forest Service,
THE UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,
MARY H. PETERSON, in her official capacity as Forest Supervisor of the Routt National Forest, and
OSCAR P. MARTINEZ, in his official capacity as District Ranger of the Yampa Ranger District of the Routt National Forest,

    Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND JOINT CASE MANAGEMENT PLAN

Plaintiff's Unopposed Motion to Amend Joint Case Management Plan (doc. #12), filed January 20, 2010, is GRANTED. It is

ORDERED that the Plaintiff's Opening Brief is due March 26, 2010, the Defendants' Response Brief is due May 10, 2010, and the Plaintiff's Reply Brief is due May 25, 2010.

Dated this 20th day of January, 2010.

                            BY THE COURT:

                            *s/John L. Kane*
                            JOHN L. KANE
                            U.S. DISTRICT COURT JUDGE