IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-1902-AP

CROSS MOUNTAIN RANCH LIMITED PARTNERSHIP, a California Corporation,

    Plaintiff,

v.

TOM VILSACK, in his official capacity as Secretary of the United States Department of Agriculture,
THE UNITED STATES DEPARTMENT OF AGRICULTURE,
TOM TIDWELL, in his official capacity as Chief of the United States Forest Service,
THE UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,
MARY H. PETERSON, in her official capacity as Forest Supervisor of the Routt National Forest, and
OSCAR P. MARTINEZ, in his official capacity as District Ranger of the Yampa Ranger District of the Routt National Forest,

    Defendants.

---

## ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION TO AMEND JOINT CASE MANAGEMENT PLAN

---

Plaintiff's Second Unopposed Motion to Amend Joint Case Management Plan (doc. #18), filed March 19, 2010, is **GRANTED**. It is

**ORDERED** that the Plaintiff's Opening Brief is due April 2, 2010, the Defendants' Response Brief is due May 17, 2010, and the Plaintiff's Reply Brief is due June 1, 2010.

Dated this 24th day of March, 2010.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT