IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Judge John L. Kane


Civil Action No. **09-cv-01902-AP**

**CROSS MOUNTAIN RANCH LIMITED PARTNERSHIP, a California Corporation**

       Plaintiff,

v.

**TOM VILSACK, in his official capacity as Secretary of the United States Department of Agriculture,**
**THE UNITED STATES DEPARTMENT OF AGRICULTURE,**
**TOM TIDWELL, in his official capacity as Chief of the United States Forest Service,**
**THE UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,**
**MARY H. PETERSON, in her official capacity as Forest Supervisor of the Routt National Forest, and**
**OSCAR P. MARTINEZ, in his official capacity as District Ranger of the Yampa Ranger District of the Routt National Forest,**

       Defendants.

---

**MINUTE ORDER**

---

Judge John L. Kane ORDERS

       This matter is fully briefed and ready for judicial review.  Defendants have, however,

sought leave to complete the Administrative Record with the Declaration of Joshua Vorhees, the

Interdisciplinary Team Leader and Rangeland Management Specialist in charge of the rangeland

and forest vegetative analysis contained in the Environmental Analysis of Rangeland

Management in the Williams Fork Analysis Area.

       Though, ordinarily, it is my responsibility to resolve motions seeking to complete or

supplement the administrative record, I think it most prudent to withhold judgment on this

motion pending the determination of whether Plaintiffs waived their objection to the number of vegetative species analyzed. If, in fact, this objection has been waived, a ruling on the admissibility of the Vorhees declaration is unnecessary and my opinion would be advisory. Accordingly, this motion shall be assigned to the judge reviewing the parties' briefing on the merits.

DATED: June 24, 2010