# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01902-PAB

CROSS MOUNTAIN RANCH LIMITED PARTNERSHIP, a California corporation,

    Plaintiff,

v.

TOM VILSACK, in his official capacity as Secretary of the United States
Department of Agriculture,
UNITED STATES DEPARTMENT OF AGRICULTURE,
TOM TIDWELL, in his official capacity as Chief of the United States
Forest Service,
UNITED STATES FOREST SERVICE, an agency of the United States
Department of Agriculture,
MARY H. PETERSON, in her official capacity as Forest Supervisor
of Routt National Forest, and
OSCAR P. MARTINEZ, in his official capacity as District Ranger of the
Yampa Ranger District of the Routt National Forest,

    Defendants.

---

# FINAL JUDGMENT

---

    In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order (Doc #37) of Judge Philip A. Brimmer entered on September 24, 2012 it is

    ORDERED that the agency decision is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of defendants, and this case is closed in its entirety.  It is

    FURTHER ORDERED that the defendants are **AWARDED** their costs, to be

taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and

D.C.COLO.LCivR 54.1.

      DATED at Denver, Colorado this September  26th , 2012.

                                        FOR THE COURT:

                                        JEFFREY P. COLWELL, CLERK

                                        By: s/ Edward P. Butler
                                            Edward P. Butler
                                            Deputy Clerk